COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

MELISSA NUNEZ MARCELLO,　　§

　　　　　　Appellant,　　§

v.　　§

ALTON MARCELLO,　　§

　　　　　　Appellee.　　§

　　§

No. 08-11-00296-CV

Appeal from the

65th Judicial District Court

of El Paso County, Texas

(TC# 2010CM6094)

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether the appeal should be dismissed for want of prosecution. Melissa Nunez Marcello filed her notice of appeal from a decree of divorce on October 7, 2011. The clerk's record was timely filed on November 3, 2011, but the reporter's record, due to be filed on November 8, 2011, has not been filed. On December 12, 2011, we notified Appellant by letter that the court reporter had informed the Court that Appellant had not requested that he prepare the record nor had she made financial arrangements to have the record prepared. *See* TEX.R.APP.P. 34.6(b)(1). We directed Appellant to notify the Court within ten days regarding the arrangements she had made or intended to make for preparation of the reporter's record, or alternatively, notify the Court if she would not be requesting preparation of the reporter's record. We further informed Appellant that if she failed to respond to our inquiry, the appeal would be considered on the clerk's record and the briefs. *See* TEX.R.APP.P. 37.3(c). We have received no communication from Appellant. On January 4, 2012, we informed Appellant by letter that the appeal would be dismissed for want of prosecution because she had not filed her brief by the due date or requested an extension of time

unless she showed grounds for continuing the appeal within ten days from the date of the letter.

*See* TEX.R.APP.P. 38.8(a)(1), 42.3(b), (c).   Appellant has not responded to our inquiry.

Pursuant to Rules 38.8(a)(1) and 42.3(b) and (c), we dismiss the appeal for want of prosecution.


GUADALUPE RIVERA, Justice

January 25, 2012

Before McClure, C.J., Rivera, J., and Antcliff, J.